HENNESSEY, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by George F. Hennessey against the Metropolitan Life Insurance Company. No opinion. Judgment and order affirmed, with costs.

HENRY et al., Respondents, v. HEYDORN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by A. E. Henry and Elmer E. Stanton against Elizabeth Heydorn and Rebecca Heydorn Bulson. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

HENTZ, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) Action by J. Henry Hentz against the city of Mt. Vernon. No opinion. Motion denied.

HERRMAN et al., Respondents, v. SCHERRER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Dionysis and Elizabeth Herrman against Albert and Mary Scherrer. No opinion. Order affirmed on the argument, with $10 costs and disbursements.

HEWITT v. HEDDEN. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Loren M. Hewitt against Verner J. Hedden. No opinion. Motion for reargument denied, with $10 costs.

HIRSCHBERG, Appellant, v. HOROWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Jacob Hirschberg against Charles Horowitz. No opinion. Judgment of the Municipal Court affirmed, with costs.

HOEFER, Respondent, v. GRANT, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by August Hoefer against Hugh J. Grant, as receiver. A. Ofner, for appellant. C. Caldwell, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $2,100, in which case judgment as so modified, and the order appealed from, are affirmed, without costs.

HOFFMAN, Respondent, v. ENGELBRECHT, City Marshal, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Jacob Hoffman against Thomas C. Engelbrecht,

as a city marshal for the city of New York. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HOGAN, Respondent, v. STRAUSS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by John E. Hogan against Herman Strauss, impleaded. L. S. Carrere, for appellant. M. J. Joyce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HOUSMAN et al. v. STRAUS. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Arthur A. Housman and others against Mark J. Straus. No opinion. Motion granted, with $10 costs.

HUDSON, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by George C. Hudson against the Erie Railroad Company. J. M. Gardner, for appellant. H. Bacon, for respondent. No opinion. Judgment affirmed, with costs, on opinion rendered upon previous appeal. 61 App. Div. 134, 70 N. Y. Supp. 350.

HUTCHINS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Martha Hutchins against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

HYERS, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by William H. Hyers, as administrator, etc., of Percy W. Hyers, deceased, against the Interurban Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

J. G. DIFFENDERFER CO., Respondent, v. IMPORTERS' & TRADERS' NAT. BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by the J. G. Diffenderfer Company against the Importers' & Traders' National Bank of New York.

PER CURIAM. Order reversed, and motion for interpleader granted, upon condition that within 30 days the defendant procure the Bank of Arizona and Colvin to appear and plead in this action and give security to plaintiff for any costs which may be awarded against such parties, in which event, and upon payment of the fund in dispute into court, the defendant is discharged as defendant, and the parties so interpleading are substituted in its stead. In case of failure of compliance with the above provision, the order is affirmed, with costs. The form of the order is to be settled by and before McLENNAN, P. J., on 2 days' notice.